IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FAYE MURPHY                                                                                   PLAINTIFF

v.                                            CIVIL ACTION NO. 3:21-CV-00025-GHD-RP

SHANNON MARIA MURPHY                                           DEFENDANT

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this, the 27 day of April, 2021.

                                                               _____
                                                                       SENIOR U.S. DISTRICT JUDGE