IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FAYE MURPHY     PLAINTIFF

v.     CIVIL ACTION NO. 3:21-CV-00025-GHD-RP

SHANNON MARIA MURPHY     DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the *ore tenus* motion of the Plaintiff to dismiss her Complaint with prejudice, and the Court being advised that a settlement has been reached between the parties, and being otherwise advised in the premises, finds that said motion is well-taken.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Complaint is hereby dismissed, with prejudice. Each party to bear their own costs.

SO ORDERED this the ___ day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED BY:

/s/ R. Bradley Best            /s/ Joshua W. Sage

R. Bradley Best (MSB# 10059)     Joshua W. Sage, Esq. (MSB# 104760)
**Counsel for Defendant**     **Counsel for Plaintiff**